IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RONNIE JOE STOWERS | § § § | |
| v. | § | 2:13-CV-0216 |
| UNITED STATES OF AMERICA | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING MOTION FOR HABEAS CORPUS

Came for consideration the "Motion for Habeas Corpus" filed by defendant RONNIE JOE STOWERS. On December 26, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending defendant's motion be dismissed for want of prosecution. As of this date, defendant has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the "Motion for Habeas Corpus filed by defendant is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _17th_ day of _January_ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE